DAVID L. JORDAN (SBN 203457)
dljordan@grsm.com
EDWARD ROMERO (SBN 148495)
eromero@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4386
Facsimile: (415) 986-8054

Attorneys for Defendant and Third Party Plaintiff
JANCO FOODS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC,, Plaintiff, vs. JANCO FOODS, INC.; and DOES 1 through 50, inclusive, Defendants. | CASE NO. 3:20-cv-05152 LB |
| JANCO FOODS, INC., a Texas Corporation, Third Party Plaintiff, vs. ORACLE AMERICA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive, Third Party Defendants. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT AND THIRD PARTY PLAINTIFF JANCO FOODS, INC.** [Civ. L. Rule 3-15(a)] Courtroom: Courtroom B, 15th Floor [The Honorable Laurel Beeler] Action removed: July 27, 2020 |



Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15(a), counsel for Janco Foods, Inc. certifies that the following persons have a financial interest in the subject matter in controversy or in a party to this proceeding:

1. Alex Mousoudakis, a shareholder of Janco Foods, Inc.;
2. Nicholas Mousoudakis, a shareholder of Janco Foods, Inc. and
3. Jimmy Mousoudakis, a shareholder of Janco Foods, Inc.

Dated: October 22, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: ____________________
Edward Romero
David L. Jordan
Attorneys for Defendant and
Third Party Plaintiff
JANCO FOODS, INC.