Kevin P. Whiteford, CSBN: 142916
SERLIN & WHITEFORD, LLP
900 Howe Ave., Suite 250
Sacramento, CA 95825
Telephone: (916) 446-0790
Fax: (916) 446-0791
kw@swllplaw.com

Attorneys for Plaintiff Banc of America Leasing & Capital LLC

[Additional Counsel Listed on Signature Page]

UNTED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC.<br><br>Plaintiff,<br>v.<br><br>JANCO FOODS, INC., and DOES 1 through 50, inclusive<br><br>Defendants.<br>―――――――――――――<br>JANCO FOODS, INC., a Texas Corporation,<br><br>Third Party Plaintiff,<br>v.<br><br>ORACLE AMERICA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Third Party Defendants. | CASE NO. 3:20-cv-05152 LB<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |

Plaintiff BANC OF AMERICA LEASING & CAPITAL, LLC, defendant and Third-Party plaintiff JANCO FOODS, INC., and Third-Party defendant ORACLE AMERICA, INC. (collectively, the "Parties"), submit this Updated Joint Case Management Statement.

**Settlement and ADR:**

This matter has been resolved following mediation on February 23, 2021 before the Hon. Robert B. Freedman (Ret.) of JAMS. The Parties seek 30 days to prepare and approve the settlement agreement and dismiss the complaint and Third Party Complaint in this action. The Parties therefore ask that the Case Management Hearing scheduled for March 11 be continued to April 15 if dismissals are not filed before April 15. .

Respectfully submitted,

March 3, 2021

SERLIN & WHITEFORD, LLP

BY: /s/ Kevin P. Whiteford
Kevin P. Whiteford
Attorneys for Plaintiff
BANC OF AMERICA LEASING & CAPITAL, LLC

March 3, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Edward Romero
David L. Jordan
Edward Romero

Attorneys for Defendant and
Third Party Plaintiff Janco Foods, Inc.

March 3, 2021

THE NORTON LAW FIRM PC

By: /s/ Nathan Walker
Nathan Walker

Attorneys for Third-Party Defendant
ORACLE AMERICA, INC.

**ATTESTATION**

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

By: /s/ Kevin P. Whiteford
KEVIN P. WHITEFORD