DAVID L. JORDAN (SBN 203457)
dljordan@grsm.com
EDWARD ROMERO (SBN 148495)
eromero@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4386
Facsimile: (415) 986-8054

Attorneys for Defendant and Third Party Plaintiff
JANCO FOODS, INC.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JANCO FOODS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-05152 LB<br><br>**CASE MANAGEMENT STATEMENT OF DEFENDANT AND THIRD PARTY PLAINTIFF JANCO FOODS, INC.**<br><br>Date: April 15, 2021<br>Time: 9:30 a.m.<br>Videoconference Only<br>[The Honorable Laurel Beeler] |

Plaintiff Banc of America Leasing and Capital, LLC (“BALC”) and Janco Foods, Inc. (“Janco”) have exchanged a draft settlement agreement that appears to resolve all material terms in this action. However, third party defendant Oracle America, Inc. (“Oracle”) has not yet responded to Janco’s revisions to the draft settlement agreement. Janco circulated its changes on March 30 and looks forward to receiving Oracle’s comments so that this matter can be resolved and the Complaint and Third Party Complaint dismissed.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: April 8, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Edward Romero

Edward Romero
David L. Jordan
Attorneys for Defendant and Third Party Plaintiff JANCO FOODS, INC.