Kevin P. Whiteford, CSBN: 142916
SERLIN & WHITEFORD, LLP
900 Howe Ave., Suite 250
Sacramento, CA 95825
Telephone: (916) 446-0790
Fax: (916) 446-0791
kw@swllplaw.com

Attorneys for Plaintiff Banc of America Leasing & Capital LLC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC.<br><br>Plaintiff,<br>v.<br><br>JANCO FOODS, INC., and DOES 1 through 50, inclusive<br><br>Defendants.<br>__________<br><br>JANCO FOODS, INC., a Texas Corporation,<br><br>Third Party Plaintiff,<br>v.<br><br>ORACLE AMERICA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Third Party Defendants. | CASE NO. 3:20-cv-05152 LB<br><br><br>**STIPULATION TO DISMISSAL** |

Plaintiff BANC OF AMERICA LEASING & CAPITAL, LLC, defendant and Third-Party plaintiff JANCO FOODS, INC., and Third-Party defendant ORACLE AMERICA, INC. (collectively, the "Parties"), by and through their respective attorneys of record, stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action has been resolved and that this action and the Complaint and Third Party Complaint, are dismissed with prejudice with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

April __ , 2021

SERLIN & WHITEFORD, LLP

BY: /s/ Kevin P. Whiteford
Kevin P. Whiteford
Attorneys for Plaintiff
BANC OF AMERICA LEASING & CAPITAL, LLC

April __, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Edward Romero
David L. Jordan
Edward Romero
Attorneys for Defendant and Third Party Plaintiff Janco Foods, Inc.

April __, 2021

THE NORTON LAW FIRM PC

By: /s/ Nathan Walker
Nathan Walker

Attorneys for Third-Party Defendant ORACLE AMERICA, INC.

## ATTESTATION

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

By: /s/ Kevin P. Whiteford
KEVIN P. WHITEFORD